UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | )<br>)<br>) | USDC Cr. Cs. No. 99-00033-002 |
| vs. | )<br>) | **TERMINATION** |
| OTIWII, SHUIPING XIE<br>Defendant. | )<br>)<br>) | |

FILED
Clerk
District Court

OCT 2 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Re: **Report and Order Terminating Term of Supervised Release**

The above named defendant has complied with the conditions of supervised release imposed by the order of the Court and the period of supervised release expired on October 24, 2005. I therefore recommend that the defendant be discharged from supervised release and the proceedings in this case be terminated.

RESPECTFULLY submitted this 25th day of October 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: AUSA
Defense Counsel
File

*************************************************************************

ORDER OF THE COURT

Pursuant to the above report, it is ordered that Shuiping Xie Otiwii be discharged from supervised release and that the proceeding in the case be terminated.

Dated this 26th day of October 2005.

_____
Honorable Alex R. Munson
Chief Judge
U.S. District Court for the
Northern Mariana Islands